AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT

APR 11 2017

Per_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Michael Steever, aka Joshua Steever, Josh Steever and Hatchet | ) ) ) ) ) | Case No. 4:17-mj-026 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 7, 2017__ in the county of __Dauphin__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841 & 846 | Attempted and/or Conspired to Unlawfully Possess, Distribute, and Possess with Intent to Distribute a Controlled Substance, specifically Methamphetamine, a Schedule I Controlled Substance. |
| Title 26 USC 5861(j) | Transport, Deliver, or Receive a Firearm in Interstate Commerce which has not been Properly Registered. |
| Title 18 USC 922(g) | Felon in Possession of a Firearm. |
| Title 18 USC 1952 | Interstate Travel in Aid of Racketeering Activities. |
| Title 18 USC 1956(a)(3)(B) & (h) | Money Laundering and Conspiracy to Commit Money Laundering. |

This criminal complaint is based on these facts:

Refer to the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Kyle D. Moore, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/11/17

City and state: Wmpt, PA

*Judge's signature*

William Arbuckle, USMJ
*Printed name and title*