# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     :

                                :

                                :     **Criminal No. 4:17-CR-139**

                                :

          V.                     :

                                :

**JOSHUA MICHAEL STEEVER,**     :
   **Defendant.**                      :

## PLEA

AND NOW, this **27th** day of **April, 2017,** the within named

defendant, having been arraigned in open court, hereby enters a plea of

_Not Guilty_     to the Indictment.


_____
(Defendant's Signature)

Joshua Steever

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,　　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:　　Criminal No. 4:17-CR-139

　　　　　　　　　　　　　　　　　　:

　　　　　　V.　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

JUSTIN DANIEL LOUGH,　　　　　　　:

　　Defendant.　　　　　　　　　　　:

## PLEA

AND NOW, this **27th** day of **April, 2017,** the within named

defendant, having been arraigned in open court, hereby enters a plea of

___NOT GUILTY___   to the Indictment.

_____
(Defendant's Signature)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Criminal No. 4:17-CR-139** |
| | : | |
| **V.** | : | |
| | : | |
| **JACOB MARK ROBARDS,** | : | |
| **Defendant.** | : | |

## PLEA

AND NOW, this **27th** day of **April, 2017,** the within named

defendant, having been arraigned in open court, hereby enters a plea of

_NOT GUILTY_ to the Indictment.

_____
(Defendant's Signature)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Criminal No. 4:17-CR-139** |
| | : | |
| V. | : | |
| | : | |
| **CONNOR DREW DYKES,** | : | |
| **Defendant.** | : | |

## PLEA

AND NOW, this **4th** day of **May, 2017,** the within named

defendant, having been arraigned in open court, hereby enters a plea of

*not guilty*   to the Indictment.


_____
(Defendant's Signature)