# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:17-CR-00139-01 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| JOSHUA MICHAEL STEEVER, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 24th day of October 2018, **IT IS HEREBY ORDERED** that a presentence conference is scheduled for **December 19, 2018 at 12:00 p.m.**, in Chambers, Suite 401, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge